**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Christopher I. Blanchard

     v.                                                  No. 06-fp-138

U.S. Social Security Administration,
Commissioner


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**


     Plaintiff's request to proceed in forma pauperis is hereby
granted, but only for the purpose of waiving the filing fee.

     This case has been assigned civil number **06-cv-138-JD.**

     **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date: April 14, 2006

cc:   Bennett B. Mortell, Esq.